AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

─── OFFENSE CHARGED ───

VIOLATION:
Count 1: Title 18 U.S.C. § 1505 (Obstruction)(Class D felony)
(18 U.S.C. § 3559(a)(4))

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 5 years imprisonment (18 U.S.C. § 1505)
$250,000 fine (18 U.S.C. § 3571(b)(3))
3 years supervised release (18 U.S.C. § 3582(b)(2))
$100 special assessment (18 U.S.C. § 3013(a)(2)(A))

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 2010 NOV 24 A 11: 08 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───
► ANNABEL McCLELLAN

DISTRICT COURT NUMBER
CR 10 0860 WHA

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form _____ MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) ADAM A. REEVES

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ► _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

CR 10 860

UNITED STATES OF AMERICA,

V.



ANNABEL McCLELLAN,

DEFENDANT(S).

# INDICTMENT

VIOLATIONS: 18 U.S.C. § 1505 (Obstruction)

A true bill.

_____ Foreman

Filed in open court this ___23___ day of

_November 2010_

BETTY P. LEE

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Bail Warrant Bail, $ _____



1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3

4

5  

6

7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )  CR  10  0860  WHA
                                     )  No.
13          Plaintiff,               )
                                     )  VIOLATION: 18 U.S.C. § 1505
14       v.                          )  (Obstruction)
                                     )
15  ANNABEL McCLELLAN,               )  SAN FRANCISCO VENUE
                                     )
16          Defendant.               )
                                     )
17  _____)

18

19                  I N D I C T M E N T

20       The Grand Jury charges:

21       1.    From on or about October 19-20, 2009, and continuing through on or about

22  November 6, 2009, in the Northern District of California and elsewhere, the defendant,

23                      ANNABEL McCLELLAN,

24  corruptly influenced, obstructed, and impeded, and endeavored to influence, obstruct, and

25  impede, the due and proper administration of the law under which a pending proceeding was

26  being had before a department or agency of the United States, to wit, the Securities and Exchange

27

28

   INDICTMENT

1  Commission, and its investigation into securities fraud and insider trading relating to purchases

2  and sales of securities issued by public companies in the United States known to the Grand Jury.

3      All in violation of Title 18, United States Code, Section 1505.

4  DATED: November 23, 2010

5

6                       A TRUE BILL

7

8

9

10                       FOREPERSON

11

12  MELINDA HAAG
   United States Attorney

13

14

15

16  J. DOUGLAS WILSON
   Acting Criminal Chief

17

18  Approved as to form:

19

20

21

   ADAM A. REEVES

22  Assistant United States Attorney

23

24

25

26

27

28

   INDICTMENT

                                   2