MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

ADAM A. REEVES (NYSBN 2363877)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone:  (415) 436-7157
Facsimile:  (415) 436-7234
E-mail: Adam.Reeves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0860 (WHA) |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161 |
| v. ) | |
| ANNABEL McCLELLAN, ) | |
| Defendant. ) | |

WHEREAS, the Magistrate Court conducted a hearing on November 30, 2010;

WHEREAS, on November 30, 2010, the government produced approximately 2,052 documents to counsel for the defendant; and defendant's counsel believes that additional time is necessary to review the evidence and investigate the case, and believes it is in the best interests of the defendant to do so as soon as possible;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161,
*United States v. McClellan*, Case No. CR 10-0860 (WHA)

1    WHEREAS, the defendant consents to a continuation of this case for the above reasons
2 and consents to the exclusion of time from November 30, 2010 until December 14, 2010;
3    THEREFORE, it is hereby stipulated by and between the parties, through their respective
4 counsel of record, that the period of time from November 30, 2010 until December 14, 2010,
5 shall be excluded in computing the time within which the trial of the offense alleged in the
6 Indictment must commence under Title 18, United States Code, Section 3161.
7    IT IS SO STIPULATED.
8 DATED:  December 9, 2010                MELINDA HAAG
                                          United States Attorney
9                                         Northern District of California

10
                                              /S/
11                                        Adam A. Reeves
                                          Assistant United States Attorney
12
13 DATED:  December 9, 2010                   /S/
                                          Nanci L. Clarence, Esq.
14                                        Clarence & Dyer, LLP
                                          Counsel for Annabel McClellan

28 STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161,
*United States v. McClellan*, Case No. CR 10-0860 (WHA)

-3-

1  The Court finds that the ends of justice served by granting a continuance from November
2  30, 2010 until December 14, 2010 outweigh the best interests of the public and the defendant in a
3  speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that
4  this exclusion of time from November 30, 2010 until December 14, 2010 should be made under
5  Title 18, United States Code, Sections 3161(h)(7)(B)(iv).
6  **IT IS SO ORDERED**.

8  DATED: \_\_\_12/14_____, 2010

   Hon.
   United

   *IT IS SO ORDERED*
   *Judge Edward M. Chen*
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

28 STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161,
   *United States v. McClellan*, Case No. CR 10-0860 (WHA)

-3-