UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANNABEL McCLELLAN,<br><br>    Defendant. | No. CR 10-0860 (WHA)<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161 |

WHEREAS, the Court conducted a hearing on December 14, 2010;

WHEREAS, beginning on or about November 30, 2010, the government began producing approximately 47,000 documents to counsel for the defendant; and defendant's counsel believes that additional time is necessary to review the evidence and investigate the case, and believes it is in the best interests of the defendant to do so as soon as possible;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161,
*United States v. McClellan*, Case No. CR 10-0860 (WHA)

-2-

1   WHEREAS, the defendant consents to a continuation of this case for the above reasons
2   and consents to the exclusion of time from December 14, 2010 until April 5, 2011;
3   THEREFORE, it is hereby stipulated by and between the parties, through their respective
4   counsel of record, that the period of time from December 14, 2010 until April 5, 2011, shall be
5   excluded in computing the time within which the trial of the offense alleged in the Indictment
6   must commence under Title 18, United States Code, Section 3161.
7   IT IS SO STIPULATED.

8   DATED:   December 21, 2010            MELINDA HAAG
                                          United States Attorney
9                                         Northern District of California

10
                                          _____/S/_____
11                                        Adam A. Reeves
                                          Assistant United States Attorney
12

13  DATED:   December 21, 2010
                                          _____/S/_____
14                                        Nanci L. Clarence, Esq.
                                          Clarence & Dyer, LLP
15                                        Counsel for Annabel McClellan

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161,
*United States v. McClellan*, Case No. CR 10-0860 (WHA)

-3-

1   The Court finds that the ends of justice served by granting a continuance from December
2   14, 2010 until April 5, 2011 outweigh the best interests of the public and the defendant in a
3   speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that
4   this exclusion of time from December 14, 2010 until April 5, 2011 should be made under Title
5   18, United States Code, Sections 3161(h)(7)(B)(iv).
6   **IT IS SO ORDERED**.

8   DATED:  December 21    , 2010            _____
9                                            Hon. William H. Alsup
                                             United States District Judge

28  STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161,
    *United States v. McClellan*, Case No. CR 10-0860 (WHA)