UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>ANNABEL McCLELLAN, et al.,<br><br>    Defendants. | Case No.: CR 10-0860 (WHA)<br><br>**REQUEST FOR ORDER CONTINUING SENTENCING HEARING; [PROPOSED] ORDER** |

    Defendant Annabel McClellan, by and through undersigned counsel, hereby submits this request for an order continuing the sentencing hearing, which is currently scheduled for Tuesday, September 20, 2011 at 2:00 p.m. There have been recent developments in the related matter filed by the Securities and Exchange Commission that will affect matters to be considered by the Court in determining Ms. McClellan's sentence. Undersigned counsel is informed and believes that these matters will be resolved no later than November 8, 2011. Therefore, Ms. McClellan

respectfully requests that the Court continue Ms. McClellan's sentencing hearing to Tuesday, November 8, 2011 at 2:00 p.m.

The government and Probation Office do not object to this request

Dated: August 9, 2011

Respectfully submitted by,

By  /s/:  Nicole Howell Neubert
Nicole Howell Neubert
CLARENCE DYER & COHEN LLP
Counsel for Defendant Annabel McClellan

### [PROPOSED] ORDER

Good cause having been shown, the Court hereby GRANTS defendant Annabel McClellan's request to continue the September 20, 2011 sentencing hearing to November 8, 2011 at 2:00 p.m.

Dated: August 10, 2011

Honorable William Alsup
United States District Judge

REQUEST FOR ORDER CONTINUING SENTENCING HEARING; [PROPOSED] ORDER
USA v. ANNABEL McCLELLAN, CR-10-0860 (WHA)