IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0860 (WHA) |
| Plaintiff, | **NOTICE RE LETTER FROM NEXT-DOOR NEIGHBOR OF DEFENDANT** |
| v. | |
| ANNABEL McCLELLAN, | |
| Defendant. | |

The Court has received a letter from a next-door neighbor of defendant asking that it be taken into account for sentencing. Counsel may call Dawn Toland at 522-2020 and arrange to view the letter.

**IT IS SO ORDERED.**

Dated: September 9, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE