NANCI L. CLARENCE (Bar No. 122286)
NICOLE HOWELL NEUBERT (Bar 246078)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, California 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
Email: nclarence@clarencedyer.com
      nhneubert@clarencedyer.com

Attorneys for Defendant Annabel McClellan

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ANNABEL McCLELLAN, et al.,<br><br>Defendants. | Case No.: CR 10-0860 (WHA)<br><br>**STATUS REPORT RE SURRENDER OF DEFENDANT TO BUREAU OF PRISON; [PROPOSED] ORDER EXONERATING BAIL** |

Undersigned Counsel hereby submits that Annabel McClellan surrendered to the Federal Correction Institution at Dublin, California to serve the sentence imposed by the Court.

Defendant now respectfully requests exoneration of her bail, including her U.S. passport which was tendered to the Court pursuant to the pretrial release order in this matter.

Dated: February 16, 2012

Respectfully submitted by,

By /s/: Nanci Clarence
   Nanci L. Clarence
   Nicole Howell Neubert
   CLARENCE DYER & COHEN LLP
Counsel for Defendant Annabel McClellan

**IT IS SO ORDERED:**

Dated:

_____
Honorable William H. Alsup,
US DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 899 Ellis Street, San Francisco, California 94109.

On February 16, 2012, I served a copy, with all exhibits, of the following documents:

- **Status Report re Surrender of Defendant to Bureau of Prison; [Proposed] Order Exonerating Bond**

\_\_\_X\_\_\_ (BY MAIL) I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service. Following ordinary business practices and placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the United States mail at San Francisco, California, addressed as below:

_____ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

| Adam Reeves, AUSA<br>United States Attorney's Office<br>450 Golden Gate Avenue<br>PO BOX 36055<br>San Francisco, CA 94102 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2012, at San Francisco, California.

          /s/: Abbie Chin
          Abbie Chin